McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                 3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  808-529-7300
Facsimile:  808-524-8293
Email:  minkin@m4law.com

Attorney for Defendant
ACADEMY COLLECTION SERVICE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DORIS M. LEE, | CIVIL NO. 07-00212 SOM KSC |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER |
| vs. | |
| ACADEMY COLLECTION SERVICE, INC., | |
| Defendant. | TRIAL:  November 18, 2008 |

STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO ALL CLAIMS AND PARTIES

Defendant Academy Collection Service, Inc., by and through its attorneys, McCorriston Miller Mukai MacKinnon LLP, and Plaintiff Doris M. Lee, by and through her attorney, John Harris Paer, stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil

181835.1

Procedure, each party to bear their own fees and costs.  There are no remaining claims or parties.  Trial of this matter has been set for November 18, 2008.

DATED:  Honolulu, Hawai`i, April 17, 2008.

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
Attorneys for Defendant
ACADEMY COLLECTION
SERVICE, INC.

/s/ John Harris Paer
JOHN HARRIS PAER
Attorney for Plaintiff
DORIS M. LEE

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; April 18, 2008.



/s/Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

---

Lee vs. Academy Collection Service, Inc., Civil No. 07-00212 SOM KSC; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER